O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7624 AHM (CTx) | Date | September 17, 2008 |
|---|---|---|---|
| Title | AFFLICTION, INC. v. BACKER SPORTSWEAR USA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Quintana Law Group, APC moves the Court, pursuant to Local Rule 83-2.9.2.1, for leave to withdraw as counsel of record for Defendants Backer Sports USA, Inc., Scott Arditi, Karen Arditi, Indecent Collection, Inc., and Nir Ben David. Counsel seeks to withdraw because Defendants have failed to timely remit payment of attorneys' fees and costs. Declaration of Andres F. Quintana ISO Mot. to Withdraw ¶ 3. No opposition has been filed.

Counsel appears to have satisfied the notice requirements of Local Rules 83-2.9.2.1 and 83-2.9.2.3. Counsel's declaration states that he has had discussions with Defendants in which he informed them of the law firm's intention to move for leave to withdraw. *Id.* ¶ 5. Counsel also sent a written correspondence informing Defendants of the motion to withdraw, the requirement that they have counsel and the possible consequences of failure to secure substitute counsel. *Id.* Counsel did not specify the particulars of these communications, due to his desire to preserve the confidentiality of client communications and attorney work-product, but counsel states that he is willing to submit such information *in camera*. *Id.* ¶ 6. According to the declaration, counsel has apprised Defendants of this Court's general policy of not granting continuances of trial absent good cause, and Defendants have consented to their counsel's request to withdraw. *Id.* Counsel's declaration at least facially satisfies the requirement of Local Rule 2.8.2.3.

Furthermore, given Plaintiff's lack of opposition to this motion and Defendants' knowledge of this Court's policy regarding continuances of trial, it appears that Plaintiff will not be prejudiced by the withdrawal of Defendant's counsel. *See* L.R. 83-2.9.2.4; L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7624 AHM (CTx) | Date | September 17, 2008 |
|---|---|---|---|
| Title | AFFLICTION, INC. v. BACKER SPORTSWEAR USA, INC., *et al.* | | |

deadline, may be deemed consent to the granting or denial of the motion.")  For these reasons, the Court GRANTS the motion to withdraw.[1]

In order for Defendants to be given a reasonable opportunity to retain new counsel, Plaintiff may not undertake any new conduct that would prejudice Defendants for a period of fourteen (14) days from the date of this order.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

: 

Initials of Preparer        SMO

---

[1] Docket No. 21.